IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| LENZO GROOMS, JR. | ) |
| | ) |
| v. | ) NO. 3-13-0255 |
| | ) JUDGE CAMPBELL |
| SHERIFF JOHN FOUSON, et al. | ) |

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 17), to which no Objections have been filed. The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved.

Accordingly, Defendant Slaven's Motion to Dismiss (Docket No. 15) is DENIED.

Also pending before the Court is Defendant's Motion to Stay (Docket No. 21). Plaintiff shall file any Response to that Motion by August 23, 2013.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE