IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

LENZO GROOMS, JR.    )
                     )
v.                   ) NO. 3-13-0255
                     ) JUDGE CAMPBELL
SHERIFF JOHN FOUSON, et al.    )

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 43), to which no Objections have been filed. The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved.

Accordingly, Defendant Slaven's Motion for Summary Judgment (Docket No. 35) is GRANTED, and Plaintiff's claims against Defendant Slaven are DISMISSED.

All claims and all Defendants having been dismissed, the Clerk is directed to close this file. Any other pending Motions are denied as moot. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　TODD J. CAMPBELL
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE